IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

**1) JOSHUA OYOLA RIVERA**
2) JOSE RAUL OYOLA RIVERA
Defendants

CRIMINAL 17-0598-01CCC

## ORDER

In light of the information provided in the Addendum to the Presentence Report of defendant [1] Joshua Oyola Rivera filed on September 4, 2018 (d.e. 50), the Objection to Pre-Sentence Investigation Report filed by defendant Oyola Rivera on September 4, 2018 (**d.e. 47**) has turned MOOT.

SO ORDERED.

At San Juan, Puerto Rico, on October 16, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge